DEAR COURT OF CRIMINAL APPEALS,                    06-10-15

    I AM WRITING TO NOTIFY YOU OF MY CHANGE OF ADDRESS. MY NEW ADDRESS IS LISTED BELOW. I AM WRITING CONCERNING THE PRO SE PETITION FOR DISCRETIONARY REVIEW, IN WHICH I FILED IN JANUARY 23, 2015 CONCERNING TR. CT. NO. 1806917 AND TR. CT. NO. 1806918. I WOULD APPRECIATE IF YOU COULD MAKE THE CORRECT CHANGES TO MY ADDRESS. I THANK YOU FOR YOUR HELP IN MY MATTER.

        SINCERELY,

        *Hiram Brown*

        HIRAM BROWN

MY NEW ADDRESS IS LISTED BELOW:

    HIRAM BROWN
    TDCJ # 1976516
    ELLIS UNIT
    1697 FM 980
    HUNTSVILLE, TEXAS
      77343

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 17 2015

Abel Acosta, Clerk